UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.  7:24-cr-00693

TARRY SHIN

Defendant.

### ORDER

AND NOW, this 10th day of April, 2025, upon consideration of the defendant's Motion to Continue, it is the finding of this Court that for the following reasons:

1. On October 3, 2024, Defendant was charged with, *inter alia*, Conspiracy to Distribute Controlled Substance, in violation of 21:846.

2. Defendant pleaded guilty on January 15, 2025.

3. Defendant is scheduled for a sentencing on April 21, 2025.

4. Counsel for defendant is requesting to continue sentencing for an additional 60 days as Counsel needs additional time to prepare additional mitigation. The parties agree that additional time is necessary.

5. Assistant U.S. Attorney Kathryn Wheelock, does not oppose this request.

WHEREFORE it is ordered this 10th day of April, 2025 that the within Motion is Granted and the sentencing in the above matter is continued from April 21, 2025 until 6/26, 2025 in order for Counsel to prepare.

at 2:00 pm

BY THE COURT:

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT COURT

4/10/2025