

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 25, 2025

**BY ECF and EMAIL**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   *United States v. Tarry Shin*, 24 Cr. 693 (KMK)

Dear Judge Karas:

The Government writes to request an adjournment of the sentencing in the above-captioned case scheduled for tomorrow, June 26, 2025 at 2 pm. The AUSA responsible for the case is experiencing an unexpected medical issue and asks that the sentencing be adjourned to the week of July 7, 2025 or later. Defense counsel consents to this request.

Respectfully submitted,

Granted.

Sentence is adjourned to 7/ 28 /25,
at 2:00

So-Ordered
6/25/25

JAY CLAYTON
United States Attorney

By:  */s/ Kathryn Wheelock*
Kathryn Wheelock
Assistant United States Attorney
Southern District of New York
(212) 637-2415

CC:   Robert Gamburg, Esq. (via email and ECF)