UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>TARRY TAE SUP SHIN,<br><br>Defendant. | DECLARATION IN SUPPORT OF FINAL ORDER OF FORFEITURE<br><br>24 Cr. 693 (KMK) |

Kathryn Wheelock, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about August 29, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 42) with respect to TARRY TAE SUP SHIN (the "Defendant") forfeiting to the United States all right, title and interest of the Defendant in the following property:

   a. $312,500 in United States currency seized from the Defendant's vehicle on or about October 2, 2023

(the "Specific Property").

3. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on September 10, 2025 for thirty (30) consecutive days, through October 9, 2025,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court December 1, 2025 (D.E. 44).

4. On or about September 9, 2025, Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

a. Manuel Esteban Mijango
San Fernando, CA

b. Jaquill Johnson
Philadelphia, PA

(a. and b., together, the "Noticed Parties").

5. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

6. The Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property.

7. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

8. No previous application for the relief requested herein has been sought.

Dated: White Plains, New York
December 1, 2025

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Kathryn Wheelock*
KATHRYN WHEELOCK
Assistant United States Attorney
50 Main Street
White Plains, NY 10606
(914) 993-1966